UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MR. JOE W. JEAN-LOUIS,<br><br>       Plaintiff,<br><br>   -against-<br><br>COAST GUARD, ET AL,<br><br>       Defendants. | 23-CV-9830 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 14, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 14, 2023
    New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                Chief United States District Judge